IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOMAKO, | 1:07-cv-01877-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| CSP CORCORAN, et al., | (DOCUMENT #8) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2008, plaintiff filed a motion to extend time to file objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objectionst.

IT IS SO ORDERED.

Dated:   April 16, 2008              /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE