IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN LOMAKO,

      Plaintiff,           CV F 07 1877 OWW WMW PC

      vs.                    ORDER

J. JONES, et al.,

      Defendants.

      On March 26, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an application to proceed in forma pauperis. Plaintiff was granted an extension of time, and on April 29, 2008, Plaintiff filed an application to proceed in forma pauperis.

      On May 20, 2008, the court received for filing a first amended complaint. Because no defendant has been served or entered an appearance, Plaintiff may file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a).

      Accordingly, IT IS HEREBY ORDERED that:

      1. The March 26, 2008, recommendation of dismissal is vacated.

      2. The Clerk's Office is directed to file the first amended complaint received on May 20, 2008.

 IT IS SO ORDERED.

**Dated:**   **May 29, 2008**               /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE