1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   JUSTIN LOMAKO,                                        CASE NO. 1:07-cv-01877-OWW-YNP (PC)

10                          Plaintiff,                    ORDER FINDING SERVICE OF COMPLAINT
                                                          APPROPRIATE,   AND   FORWARDING
11          v.                                            SERVICE DOCUMENTS TO PLAINTIFF FOR
                                                          COMPLETION   AND   RETURN   WITHIN
12   J. JONES, et al.,                                    THIRTY DAYS

13                          Defendants.

14

                                                  /
15

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action

17   pursuant to 42 U.S.C. § 1983 This action proceeds on the April 7, 2009, fourth amended complaint.

18   The Court screened Plaintiff's fourth amended complaint pursuant to 28 U.S.C. § 1915A, and found

19   that it states cognizable claims against Defendants Jones and Cano for unconstitutional conditions

20   of confinement.  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v.

21   Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

22

23          1.      Service is appropriate for the following defendants:

24                          JONES

25                          CANO

26

27          2.      The Clerk of the Court shall send Plaintiff two USM-285 forms, two summonses, a

28                  Notice of Submission of Documents form, an instruction sheet and a copy of the

                                                  1

1    fourth amended complaint filed April 7, 2009.

2    3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

3          attached Notice of Submission of Documents and submit the completed Notice to the

4          Court with the following documents:

5          a.    Completed summons;

6          b.    One completed USM-285 form for each defendant listed above; and

7          c.    Three copies of the endorsed fourth amended complaint filed April 7, 2009.

8    4.    Plaintiff need not attempt service on Defendants and need not request waiver of

9          service.  Upon receipt of the above-described documents, the Court will direct the

10         United States Marshal to serve the above-named defendants pursuant to Federal Rule

11         of Civil Procedure 4 without payment of costs.

12   5.    The failure to comply with this order will result in a recommendation that this action

13         be dismissed.

14

15

16   IT IS SO ORDERED.

17    **Dated:    June 12, 2009**              _____ /s/ **Gary S. Austin** _____
                                                UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28