# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOMAKO,<br><br>          Plaintiff,<br><br>     v.<br><br>CSP CORCORAN, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:07-cv-01877-OWW-GBC (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION<br><br>PLAINTIFF'S RESPONSE DUE BY 9/26/2011 |

**ORDER**

On July 25, 2011, Defendants filed a Motion for Summary Judgment. (ECF No. 44.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so.  Local Rule 78-230(l).

Accordingly, not later than **September 26, 2011**, Plaintiff must file an opposition or a statement of non-opposition to Defendants' Motion for Summary Judgment.  If Plaintiff fails to comply with this Order, this action will be dismissed for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   August 25, 2011

UNITED STATES MAGISTRATE JUDGE

1